41198-30-P
CHARLES R. ROE (Bar No. 112732)
SAMUELSON, WILSON & ROE
210 North Fourth Street, Suite 201
San Jose, CA  95112
Telephone:  (408) 790-5320
Facsimile:   (408) 295-5799

\*\*E-Filed 6/16/2010\*\*

Attorneys for Plaintiff,
DAVID KOLKER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE BRANCH

| | |
|---|---|
| DAVID KOLKER,<br><br>          Plaintiff,<br><br>     vs.<br><br>VNUS MEDICAL TECHNOLOGIES, INC., COVIDIEN and DOES 1-20<br><br>          Defendants. | Case No. 10-00900-JF-PVT<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND PARTIES' OBLIGATIONS TO COMPLETE INITIAL DISCLOSURES AND CASE MANAGEMENT STATEMENT<br><br>AS MODIFIED BY THE COURT |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff David Kolker and his attorneys of record ("Plaintiff"), and Defendants VINUS Medical Technologies, Inc., and Covidien, Inc., and their attorneys of record ("Defendants"), that the following Stipulation may be entered as an Order by the Court to give effect to the stipulations as set forth below:

WHEREAS, the parties' Initial Disclosures and Joint Case Management Statement are currently due on June 11, 2010;

WHEREAS, the initial Case Management Conference in this case is currently scheduled for June 18, 2010;

WHEREAS, Plaintiff has filed a Motion to Remand this case to the Superior Court, which is scheduled to be heard on July 30, 2010 in this Court;

1     WHEREAS, the Parties agree that in the in the interests of conserving resources of
2 the Parties and the Court, the Parties respectfully request the Court to order (a) a
3 continuance of the Case Management Conference, and (b) the Parties' corresponding
4 obligations to complete initial disclosures and the joint Case Management Statement until
5 after the Court's determination of Plaintiff's motion to remand, which is scheduled to be
6 heard on July 30, 2010.

7     NOW THEREFORE, the Parties, through their respective counsel of record AGREE
8 AND HEREBY STIPULATE to (a) continue the Parties' obligations to complete the initial
9 disclosures and the joint case management statement from June 11, 2010 to a new date that
10 occurs at least fourteen (14) days following the date of this Court's ruling on the Motion to
11 Remand, if the Court denies such motion, and (b) continue the case management conference
12 from June 18, 2010 to a new date that follows the new date set (pursuant to this stipulation)
13 for the Parties to complete their initial disclosures and the joint Case Management
14 Statement.

15     The Initial Case Management Conference is CONTINUED to September 24, 2010.

16 Dated: June 11, 2010                          SAMUELSON, WILSON & ROE

17
                                                By: /s/ Charles R. Roe
18                                                   CHARLES R. ROE
                                                     Attorneys for Plaintiff, DAVID
19                                                   KOLKER

20

21 Dated: June 11, 2010                          By: /s/ Michael J. Nader
                                                     MICHAEL J. NADER,
22                                                   OGLETREE DEAKINS
                                                     Attorney for Defendants, VNUS MEDICAL
23                                                   TECHNOLOGIES, INC. and COVIDIEN
                                                     INC.
24

25     It is so ordered.

26

27 Dated: 6/15/2010
                                                _____
28                                              JUDGE OF THE U.S. DISTRICT COURT

STIPULATION AND ORDER FOR CONTINUANCE   - 2 -
663879.WPD