1  CHARLES R. ROE (Bar No. 112732)
   SAMUELSON, WILSON & ROE
2  210 North Fourth Street, Suite 201
   San Jose, CA  95112
3  Telephone:  (408) 790-5320
   Facsimile:   (408) 295-5799
4
   Attorneys for Plaintiff
5  DAVID KOLKER

6

7  THOMAS M. MCINERNEY, State Bar No. 162055
   tmm@ogletreedeakins.com
8  MICHAEL J. NADER, State Bar No. 200425
   michael.nader@ogletreedeakins.com,
9  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
10 One Market Plaza
   San Francisco, CA  94105
11 Telephone:   415.442.4810
   Facsimile:    415.442.4870
12
   Attorneys for Defendant
13 COVIDIEN

14

15                    **UNITED STATES DISTRICT COURT**

16                      **NORTHERN DISTRICT – SAN JOSE**

17

18 | DAVID KOLKER,                              | Case No. 5:10-cv-00900-JF |
19 |         Plaintiff,                         | **JOINT STIPULATION AND** ~~**PROPOSED**~~ **ORDER RE CASE MANAGEMENT DATES** |
20 |     v.                                     |                           |
21 | VNUS MEDICAL TECHNOLOGIES, INC., COVIDIEN and DOES 1-20, | Action Filed:   December 1, 2009 |
22 |                                            |                           |
23 |         Defendants.                        |                           |

24

25

26

27

28

9821626_1.DOC                                                Case No. 5:10-cv-00900-JF
JOINT STIPULATION ON CASE MANAGEMENT DATES

1    Whereas, on January 28, 2011, this Court held a Case Management Conference on this
2 case;
3    Whereas, at the Case Management Conference, this Court designated a trial date of
4 December 2, 2011, and a pre-trial conference date for November 14, 2011;
5    Whereas, pursuant to this Court's request on February 7, 2011, the Parties to the above
6 entitled action (a) have met and conferred, (b) jointly submit this Stipulation and Proposed Order,
7 and (c) request this Court to adopt it as an amendment to its Case Management Order; and
8    NOW THEREFORE, IT IS HEREBY STIPULATED by the Parties herein, through their
9 counsel of record, as follows:
10   1.   Fact Discovery shall be completed on or before September 2, 2011;
11   2.   Rule 26 Disclosure of experts by September 2, 2011.  Disclosure of any
12 supplemental experts by September 16, 2011;
13   3.   Dispositive motions shall be filed by September 30, 2011;
14   4.   Expert discovery shall be completed on or before October 14, 2011;
15   5.   Pre-trial conference on November 14, 2011, as already ordered by this Court; and
16   6.   Trial date of Monday, December 2, 2011, as already ordered by this Court.
17
18 DATED: February 10, 2011                SAMUELSON, WILSON & ROE
19
20                                         By:   /s/ Charles R. Roe
                                                 CHARLES R. ROE
21                                         Attorneys for Plaintiff DAVID KOLKER
22
23                       *(signatures continued on following page)*

1

2   DATED:  February 10, 2011                    OGLETREE, DEAKINS, NASH, SMOAK &
                                                 STEWART, P.C.
3

4

5                                                By:    /s/ Michael J. Nader
                                                        Thomas J. McInerney
                                                        Michael J. Nader
6                                                Attorneys for Defendant
                                                 COVIDIEN
7

8

9

10                                  [PROPOSED] ORDER

11                       GOOD CAUSE APPEARING, IT IS SO ORDERED.

12          DATED:  2/28/11
13                                                            Hon. Jeremy Fogel

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

9821626_1.DOC                               2                    Case No. 5:10-cv-00900-JF
                      JOINT STIPULATION ON CASE MANAGEMENT DATES