CHARLES R. ROE (Bar No. 112732)
SAMUELSON, WILSON & ROE
210 North Fourth Street, Suite 201
San Jose, CA  95112
Telephone:  (408) 790-5320
Facsimile:   (408) 295-5799

**E-Filed 3/1/2011**

Attorneys for Plaintiff
DAVID KOLKER


THOMAS M. MCINERNEY, State Bar No. 162055
tmm@ogletreedeakins.com
MICHAEL J. NADER, State Bar No. 200425
michael.nader@ogletreedeakins.com,
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:   415.442.4810
Facsimile:    415.442.4870

Attorneys for Defendant
COVIDIEN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT – SAN JOSE**

| | |
|---|---|
| DAVID KOLKER,<br><br>          Plaintiff,<br><br>     v.<br><br>VNUS MEDICAL TECHNOLOGIES, INC., COVIDIEN and DOES 1-20,<br><br>          Defendants. | Case No. 5:10-cv-00900-JF<br>CORRECTED [1]<br><br>**JOINT STIPULATION AND** ~~**PROPOSED**~~ **ORDER RE CASE MANAGEMENT DATES**<br><br>Action Filed:    December 1, 2009 |

---

[1] This corrected stipulation and order is issued to correct clerical errors in the original. Specifically, at the last Case Management Conference the Court set trial for December 5, 2011 and a pretrial conference for November 18, 2011.

9821626_1.DOC                                                                                        Case No. 5:10-cv-00900-JF
JOINT STIPULATION ON CASE MANAGEMENT DATES

1    Whereas, on January 28, 2011, this Court held a Case Management Conference on this
2 case;
3    Whereas, at the Case Management Conference, this Court designated a trial date of
4 December 5, 2011, and a pre-trial conference date for November 18, 2011;
5    Whereas, pursuant to this Court's request on February 7, 2011, the Parties to the above
6 entitled action (a) have met and conferred, (b) jointly submit this Stipulation and Proposed Order,
7 and (c) request this Court to adopt it as an amendment to its Case Management Order; and
8    NOW THEREFORE, IT IS HEREBY STIPULATED by the Parties herein, through their
9 counsel of record, as follows:
10    1.    Fact Discovery shall be completed on or before September 2, 2011;
11    2.    Rule 26 Disclosure of experts by September 2, 2011.  Disclosure of any
12 supplemental experts by September 16, 2011;
13    3.    Dispositive motions shall be filed by September 30, 2011;
14    4.    Expert discovery shall be completed on or before October 14, 2011;
15    5.    Pre-trial conference on November 18, 2011, as already ordered by this Court; and
16    6.    Trial date of Monday, December 5, 2011, as already ordered by this Court.
17
18 DATED: February 10, 2011            SAMUELSON, WILSON & ROE
19
20                          By:    /s/ Charles R. Roe
                                 CHARLES R. ROE
21                            Attorneys for Plaintiff DAVID KOLKER
22
23                 *(signatures continued on following page)*
24
25
26
27
28

1

2  DATED: February 10, 2011                OGLETREE, DEAKINS, NASH, SMOAK &
                                           STEWART, P.C.
3

4
                                           By:   /s/ Michael J. Nader
5                                                Thomas J. McInerney
                                                 Michael J. Nader
6                                          Attorneys for Defendant
                                           COVIDIEN
7

8

9

10                                **[PROPOSED] ORDER**

11             GOOD CAUSE APPEARING, IT IS SO ORDERED.

12
      DATED:  3/1/2011
13                                                      _____
                                                        Hon. Jeremy Fogel
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28