**E-Filed 8/16/2011**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| DAVID KOLKER,<br><br>                     Plaintiff,<br><br>     v.<br><br>VNUS MEDICAL TECHNOLOGIES, INC., COVIDIEN, INC., and DOES 1-20,<br><br>                     Defendants. | Case Number 5:10-cv-00900 JF (PSG)<br><br>ORDER[1] GRANTING MOTION TO CONTINUE<br><br>[Re: Docket No. 28] |

Plaintiff moves to continue the scheduled trial date one week to December 12, 2011.[2] Defendants do not oppose the motion. The Court concludes that this motion is appropriate for determination without oral argument and will vacate the hearing date of August 19, 2011. *See* Civ. L.R. 7-1(b). Because the motion appears well-taken and all parties agree, the motion will be granted.

**ORDER**

Good cause therefor appearing, the motion to continue the trial date is GRANTED.

---

[1] This disposition is not designated for publication in the official reports.

[2] Plaintiff, a student at Florida Atlantic University, asserts that the current trial schedule conflicts with his exams. Mot. at 3.

Case No. 5:10-cv-00900 JF (PSG)
ORDER GRANTING MOTION TO CONTINUE
(JFLC1)

1
2  **IT IS SO ORDERED.**
3
4  DATED: August 16, 2011
   _____
   JEREMY FOGEL
5  United States District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**2**